United States District Court
Southern District of Texas

**ENTERED**

April 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* BHUVANA MANDALAPU, M.D., and<br>RAMAKRISHNA CHAVA, M.D., relators,<br>and on behalf of the STATES of<br>California, Colorado, Florida, Georgia, Illinois,<br>Indiana, Louisiana, Maryland, Massachusetts,<br>Michigan, Minnesota, Nevada, New Mexico,<br>New Jersey, North Carolina, Oklahoma,<br>Rhode Island, Tennessee, Texas, Virginia, and<br>Washington, as well as the District of Columbia, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:17-cv-00740 |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| ALLIANCE FAMILY OF COMPANIES, INC.,<br>SLEEP SOURCE, LLC,<br>RESPIRATORY SLEEP SOLUTIONS, INC.,<br>JUSTIN MAGNUSON, and ANCOR HOLDINGS,<br>L.P. | )<br>)<br>)<br>)<br>)<br>) | JUDGE ALFRED H. BENNETT |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES *ex rel.*<br>Vicki Fuller, *Qui Tam* Relator, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. 4:17-cv-01197 |
| v. | )<br>) | |
| RESPIRATORY SLEEP SOLUTIONS, INC.,<br>ALLIANCE FAMILY OF COMPANIES, INC.,<br>and ALLIANCE NEURODIAGNOSTICS, LLC, | )<br>)<br>) | JUDGE ALFRED H. BENNETT |
| Defendants. | )<br>) | |

| | |
|---|---|
| UNITED STATES OF AMERICA AND | ) |

1

CONNECTICUT NEURODIAGNOSTICS, LLC,    )
HOUSTON NEURODIAGNOSTICS, LLC,    )
OKLAHOMA NEURODIAGNOSTICS, LLC,    )
NORTH CAROLINA NEURODIAGNOSTICS,    )
LLC,    )
OHIO NEURODIAGNOSTICS, LLC,    )
VIRGINIA NEURODIAGNOSTICS, LLC,    )
CALIFORNIA NEURODIAGNOSTICS, LLC,    )
TENNESSEE NEURODIAGNOSTICS, LLC,    )
NEW JERSEY NEURODIAGNOSTICS, LLC,    )
MARYLAND NEURODIAGNOSTICS, LLC,    )
NEW MEXICO NEURODIAGNOSTICS, LLC,    )
WASHINGTON NEURODIAGNOSTICS, LLC,    )
                                       )
                Defendants.    )

---

UNITED STATES OF AMERICA, *et al.*    )
*ex rel.* JANE DOE,    )
                                       )
                Plaintiffs,    )    Case No. 4:19-cv-1213
                                       )
                                       )
v.    )
                                       )
ALLIANCE FAMILY OF COMPANIES, LLC,    )    JUDGE ALFRED H. BENNETT
*et al.*,    )
                                       )
                Defendants.    )

---

UNITED STATES OF AMERICA, *et al.*    )
*ex rel.* JOSHUA CALCANIS,    )
                                       )
                Plaintiffs,    )    Case No. 4:19-cv-1497
                                       )
v.    )
                                       )
ALLIANCE FAMILY OF COMPANIES, INC.,    )
ALLIANCE NEURODIAGNOSTICS LLC,    )    JUDGE ALFRED H. BENNETT
and SLEEP SOLUTIONS LLC d/b/a    )
PC PROCESSING SERVICES,    )
                                       )
                Defendants.    )

3

THE STATE OF TEXAS *ex rel.* AMY McKAY, )
          )
    Plaintiffs,     )  Case No. 4:18-cv-1949
          )
          )
v.          )
          )
ALLIANCE FAMILY OF COMPANIES, LLC, )  JUDGE ALFRED H. BENNETT
CONOR BUTTS, JUSTIN MAGNUSON, )
PAM WAGNER, )
ANCOR CAPITAL PARTNERS, )
MINNESOTA NEURODIAGNOSTICS, LLC, )
KENTUCKY NEURODIAGNOSTICS, LLC, )
ALLIANCE SLEEP MEDICINE, LLC, )
MISSISSIPPI NEURODIAGNOSTICS LLC, )
SLEEP SOURCE, LLC, )
ILLINOIS NEURODIAGNOSTICS LLC, )
LOUISIANA NEURODIAGNOSTICS, LLC, )
INDIANA NEURODIAGNOSTICS, LLC, )
COASTAL DIAGNOSTICS GROUP, LLC, )
ALLIANCE NEURODIAGNOSTICS, LLC, )
TERCES, LLC, )
NEVADA NEURODIAGNOSTICS LLC, )
DELAWARE NEURODIAGNOSTICS, LLC, )
ALLIANCE PHYSICIAN MANAGEMENT LLC, )
UTAH NEURODIAGNOSTICS, LLC, )
PENNSYLVANIA NEURODIAGNOSTICS, LLC, )
RHODE ISLAND NEURODIAGNOSTICS, LLC, )
KANSAS NEURODIAGNOSTICS, LLC, )
COLORADO NEURODIAGNOSTICS, LLC, )
PHOENIX NEURODIAGNOSTICS LLC, )
DC NEURODIAGNOSTICS LLC, )
WEST VIRGINIA NEURODIAGNOSTICS, LLC, )
SOUTH CAROLINA NEURODIAGNOSTICS, )
LLC, )
ALABAMA NEURODIAGNOSTICS LLC, )
MISSOURI NEURODIAGNOSTICS, LLC, )
MASSACHUSETTS NEURODIAGNOSTICS, )
LLC, )
NORTH CAROLINA LLC, )
ANCI-PRO HEALTHCARE SOLUTIONS, LLC, )
MICHIGAN NEURODIAGNOSTICS, LLC, )
OREGON NEURODIAGNOSTICS, LLC, )
GEORGIA NEURODIAGNOSTICS, LLC, )

UNITED STATES OF AMERICA and )
THE STATE OF TEXAS *ex rel.* JOANN )
KRASNOV, )
)
          Plaintiffs, )     Case No. 4:19-cv-4886
)
v. )
)
ALLIANCE FAMILY OF COMPANIES, LLC, )
RESPIRATORY SLEEP SOLUTIONS, LLC, )    JUDGE ALFRED H. BENNETT
ANCOR HOLDINGS, L.P., and ANCOR )
CAPITAL PARTNERS, INC., )
)
          Defendants. )

## ORDER

The Relators Bhuvana Mandalapu, Ramakrishna Chava, and Amy McKay having filed Notices of Voluntary Dismissal in Case No. 4:17-cv-00740 and Case No. 4:18-cv-1949, respectively, and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1) (and the co-plaintiff States joining in the requests made by the United States), the Court rules as follows:

IT IS **ORDERED** that,

1.    In Case No. 4:17-cv-00740, as to Defendant Justin Magnuson, this action is dismissed without prejudice as to Relators Mandalapu and Chava and as to the United States and the named States;

2.    In Case No. 4:18-cv-1949, as to Defendants Justin Magnuson, Conor Butts, and Pam Wagner, this action is dismissed without prejudice as to Relator McKay and as to the United States and the State of Texas;

4

3.    In Case Nos. 4:17-cv-00740 and 4:18-cv-1949, the seal shall be lifted upon Relators' Complaints (and Amended Complaints, if any); their Notices of Dismissal; the United States' Notice of Consent to Dismissal; this Order; and any subsequent filings in these cases;

4.    In all six of the above-captioned cases, the following documents are unsealed: (1) the Stipulation and Order of Partial Dismissal by United States and Relators as to *Only* Corporate Defendants (Dkt. # 55), and (2) the Second Stipulation and Order of Partial Dismissal by United States and Relators as to *Only* Corporate Defendants (Dkt. # 58);

5.    All other contents of the Court's file in these six actions shall remain under seal and not be made public (except to the extent previously addressed by the Court); and

6.    The Clerk of the Court shall close all six of the above-captioned cases, to the extent any of the six cases still remain open.

**IT IS SO ORDERED.**

APR 2 4 2023

Date

The Honorable Alfred H. Bennett
United States District Judge

5